PHILIP O'CONNOR, Respondent, *v.* FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Appellant, Impleaded with Others.

*O'Connor* v. *Forty-second St., M. & St. N. Ave. Ry. Co.*, 131 App. Div. 901, affirmed.

(Argued June 14, 1910; decided September 27, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 23, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Bayard H. Ames, John Montgomery* and *James L. Quackenbush* for appellant.

*Joseph Fischer* and *Louis J. Vorhaus* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.